IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00947-GPG
(**The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.**)

TERRELL LAMONT MEEKS,

    Plaintiff,

v.

NICKOLAUS KRANTZ,

    Defendant.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

    Plaintiff Terrell Lamont Meeks is currently detained at the Jefferson County Detention Facility in Golden, Colorado. On April 22, 2016, he submitted *pro se* a "Prisoner's Civil Rights Complaint" (ECF No. 1) and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action (ECF No. 3).

    As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the documents are deficient as described in this Order. Plaintiff is directed to cure the following if he wishes to pursue any claims in this action. Any papers that Plaintiff files in response to this Order must be labeled with the civil action number identified on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1) __ is not submitted
(2) __ is missing affidavit

(3) <u>X</u>   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing (<u>account statement must be certified by an authorized facility official and must reflect the 6-month period immediately preceding this filing, which includes April 2016</u>)
(4) __   is missing certificate showing current balance in prison account
(5) __   is missing required financial information
(6) <u>X</u>   is missing <u>authorization</u> to calculate and disburse filing fee payments
(7) __   is missing an original signature by the prisoner
(8) <u>X</u>   is not on proper form (<u>Plaintiff must use the court-approved form Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915</u>)
(9) __   names in caption do not match names in caption of complaint, petition or habeas application
(10) <u>X</u>   other: <u>In the alternative, Plaintiff may pay the $400.00 filing fee</u>.

**Complaint, Petition or Application**:
(11) __   is not submitted
(12) <u>X</u>   is not on proper form (<u>Plaintiff must use the court-approved form Prisoner Complaint</u>)
(13) __   is missing an original signature by the prisoner
(14) __   is missing page nos.
(15) __   uses et al. instead of listing all parties in caption
(16) <u>X</u>   names in caption do not match names in text (<u>Plaintiff lists four defendants in the text of the filing, but identifies only one in the caption</u>)
(17) __   addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) __   other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this Order**. Any papers that Plaintiff files in response to this Order must be labeled with the civil action number identified on this Order. It is

FURTHER ORDERED that Plaintiff shall obtain and utilize the court-approved form Prisoner's Complaint and Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this Order**, the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED April 28, 2016, at Denver, Colorado.

                                              BY THE COURT:

                                              s/ Gordon P. Gallagher
                                              United States Magistrate Judge